THEODORE J. KURTZ
Nevada Bar No. 1344
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:     702.228.8824
Email:         tkurtz@selmanbreitman.com
Attorneys for Defendant/Counter-Claimant/Third-Party Plaintiff
CENTURY-NATIONAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA OGRODZINSKI, an individual; and RICHARD OGRODZINSKI, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>CENTURY-NATIONAL INSURANCE COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.   2:14-cv-01887-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTERCLAIM AND FOR DISMISSAL WITHOUT PREJUDICE OF THE THIRD-PARTY COMPLAINT** |
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation,<br><br>           Counter-Claimant,<br>     v.<br><br>SYLVIA OGRODZINSKI, an individual; RICHARD OGRODZINSKI, an individual; and DOES 1-10, inclusive,<br><br>           Counter-Defendants. | |
| CENTURY-NATIONAL INSURANCE COMPANY, a California corporation,<br><br>           Third-Party Plaintiff,<br>     v. | |

1

RICK HINTON, individually; RAH SERVICES, LLC; RAH SERVICES; I'VES CARPET CARE; I'VES CARPET CARE, INC.; and ROES 11 through 20, inclusive,

       Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between Brian P. Worthington of Worthington Law Offices, counsel for the plaintiffs and counterdefendants Sylvia and Richard Ogrodzinski, and Theodore J. Kurtz of Selman Breitman, LLP, counsel for the defendant and counterclaimant Century-National Insurance Company, that the complaint and counterclaim be dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

IT IS ALSO HEREBY STIPULATED AND AGREED by and between Theodore J. Kurtz of Selman Breitman, LLP, counsel for the third-party plaintiff Century-National Insurance Company, and Benjamin Carman of Hager and Dowling, counsel for the third-party defendants named herein, that Century-National's third-party complaint be dismissed without prejudice, with each party to pay their own attorneys' fees and costs.

No trial date has been scheduled in this matter.

DATED: August 7, 2015    WORTHINGTON LAW OFFICES

By:    */s/ Brian P. Worthington*
BRIAN P. WORTHINGTON
Nevada Bar No. 6179
7881 W. Charleston Blvd., #165
Las Vegas, NV 89117
Phone: 702.800.4653
Facsimile: 702.800.4654
Attorneys for Plaintiffs/Counter-Defendants SYLVIA and RICHARD OGRODZINSKI

94849.1 974.37216

| | | |
|---|---|---|
| 1 | DATED: August 7, 2015 | SELMAN BREITMAN LLP |
| 2 | | |
| 3 | | By: /s/ Theodore J. Kurtz |
| | | THEODORE J. KURTZ |
| 4 | | Nevada Bar No. 1344 |
| | | 3993 Howard Hughes Parkway, #200 |
| 5 | | Las Vegas, NV 89169-0961 |
| | | Phone: 702.228.7717 |
| 6 | | Facsimile: 702.228.8824 |
| | | Attorneys for Defendant/Counter- |
| 7 | | Claimant/Third-Party Plaintiff |
| | | CENTURY-NATIONAL INSURANCE |
| 8 | | COMPANY |
| 9 | DATED: August 7, 2015 | HAGER & DOWLING |
| 10 | | |
| 11 | | By: /s/ Benjamin Carman |
| | | BENJAMIN CARMAN |
| 12 | | NEVADA BAR NO. 12565 |
| | | 4045 Spencer Street, Suite 408 |
| 13 | | Las Vegas, NV 89119 |
| | | Telephone: (702) 586-4800 |
| 14 | | Facsimile: (702) 586-0831 |
| | | Attorneys for Third-Party |
| 15 | | Defendants RICK HINTON, RAH |
| | | SERVICES, RAH SERVICES, LLC., |
| 16 | | I'VES CARPET CARE, and I'VES |
| | | CARPET CARE, INC. |

**ORDER**

IT IS SO ORDERED.

DATED: August 10, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

3